IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JOHN DOE, | § |
| Petitioner, | § § § |
| v. | §   CAUSE NO. EP-25-CV-46-KC |
| ANGEL GARITE, et al. | § § § |
| Respondents. | § |

## ORDER

On this day, the Court considered Petitioner John Doe's Notice of Voluntary Dismissal, ECF No. 6. Respondents have not filed an answer or a motion for summary judgment. Thus, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims against Respondents are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Proceed Under Pseudonym, ECF No. 2, is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Leave to File Sealed Documents, ECF No. 3, is **DENIED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 6th day of March, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE